Edward T. Kennedy
401 Tillage Rd.,
Breinigsville PA 18031

Kirk
Plenl
US
US

C.M.S.
X-RAY