MAK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
        Plaintiff,

v.

Case No. 19 0212
JURY TRIAL DEMANDED
VERIFIED

PPL CORPORATION, et al.,
        Defendants.

Motion for Authorization to File Electronically

1.    I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania and in this court of record wishes and motions this court for authorization to file electronically.

2.    Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account, and has filed electronically successfully in this court and other judicial circuits nationwide.

Date: January 9, 2019.

/s/ Edward Thomas Kennedy  (seal)

(SEAL)

Edward Thomas Kennedy, Plaintiff
[BA, DeSales, Politics/Law, 1975]
401 Tillage Road
Breinigsville, Pennsylvania
Telephone: 415-275-1244.
Fax: 570-609-1810.
Email: kennedy2018@alumni.nd.edu

1

COVER LETTER and Instructions / Do Not File Cover Letter

January 10, 2019

By US regular mail
KATE BARKMAN, CLERK OF COURT
Clerk's Office
U.S. District Court, ED of PA 2609
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Dear Clerk of Court Barkman,

Notice

Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019,[1] FEDERAL EMPLOYEES NOW SUBJECT TO MILITARY LAW. Judiciary is independent but not its employees.

78% Of Americans Live Paycheck To Paycheck (Including Many Government Workers Affected By The Shutdown)[2]

---

[1] See Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here:
https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.
The case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:
http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html, and Exhibit 2, Law of the Case.

[2] https://www.zerohedge.com/news/2019-01-10/78-americans-live-paycheck-paycheck-including-many-government-workers-affected

1

1.  Enclosed please find Civil Cover Sheet, Case Management Track Designation Form, Designation Form, and Application to Proceed etc., (waive fees) all signed, plus please file the enclosed Complaint, two Exhibits,[3] Motion to File Electronically, Motion to Compel Service of Process, Memo in Support of Motion, and Certificate of Service in/on Complaint.

2.  Concerning my Affidavit to Waive fees, I request not to be filed, and if it must be filed, please protect my privacy and private data.

3.  I object to latin slang phrase "pro se" for I am self-represented.

4.  For the motion to file via ECF, use three emails listed herein. I have a pacer account.

5.  Please also send me 12 USM 285 forms for the US Marshall to perform service of process. I expect these fees to be waived without delay for by rights, I am entitled a to speedy jury trial.

6.  Call me if questions at the numbers below.

7.  I ACCEPT YOUR OATH OF OFFICE AND BIND YOU TO IT.

8.  Notice also the press release of John Roberts,[4] Judiciary Operating on Limited Funds During Shutdown, Published on January 7, 2019, link here:

Date: January 10, 2019

Respectfully,

/s/Edward Thomas Kennedy (seal)

Edward Thomas Kennedy (seal)
401 Tillage Road
Breinigsville, Pennsylvania 18031
Telephone: 415-2751244
Fax: 570-6091810.
pillar.of.peace.2012@gmail.com
kennedy2018@alumni.nd.edu
pillar.of.peace.2017@protonmail.com

---

[3] Exhibit 1 is 22 pages; Exhibit 2 is 4 pages. I scanned using high quality, jpeg. color and then converted the file to PDF.

[4] https://www.uscourts.gov/news/2019/01/07/judiciary-operating-limited-funds-during-shutdown

2