

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

v.

PPL CORPORATION, et al.,
    Defendants.

Case No. 19 0212

Motion to Order Compel US Marshall to Perform Service of Process and Memorandum

1. I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, in this court of record motions this court to Order US Marshall to perform Service of Process with proper paperwork for all defendants. without delay.[1]

Memorandum

2. <u>This court may close for business on January 18, 2019,[2] and by right Kennedy is entitled to justice in a speedy manner without delay.</u>

Date: January 9, 2019.

Respectfully submitted,

/s/ Edward Thomas Kennedy (seal)

SEAL

Edward Thomas Kennedy, Plaintiff
401 Tillage Road
Breinigsville, Pennsylvania
Telephone: 415-275-1244.

---

[1] Kennedy will provide USM 285 forms with correct locations of the defendants.
[2] Source: Judiciary Operating on Limited Funds During Shutdown
Published on January 7, 2019
https://www.uscourts.gov/news/2019/01/07/judiciary-operating-limited-funds-during-shutdown