January 28, 2019

Sent by regular US mail, by Fax: (267) 299-7135 and email
PAED_clerksoffice@paed.uscourts.gov
KATE BARKMAN, CLERK OF COURT
Office of the Clerk
U.S. District Court, ED of PA
2609 U.S. Courthouse, Room 2609
601 Market Street
Philadelphia, PA 19106-1797



FILED

JAN 31 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

Dear CLERK OF-COURT BARKMAN,

NOTICE

    18 USC § 2076 Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

    The Kennedy v PPL Corporation et al., Case 19-212 (MAK) case did not appear on pacer.gov today,[1] and I wish to file additional documents into the case

    By mandatory and binding law, Kennedy has a right to a speedy trial.

    Please contact me if questions.

Sincerely,
/s/ Edward Thomas Kennedy

_____SEAL

Edward Thomas Kennedy, Plaintiff
401 Tillage Road
Breinigsville, Pennsylvania
Telephone: 415-275-1244.
Email: kennedy2018@alumni.nd.edu

---

[1] See attached results from pacer.gov